IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-698-H

GEORGE ELMO GAMBRELL, JR., )
)
    Plaintiff, )
)
)
    v. )
) **ORDER**
)
ACC AUTO SALES, INC., )
NATIONWIDE INSURANCE OF )
AMERICA, and NORTH CAROLINA )
INSURANCE COMMISSION, )
)
    Defendants.

This matter is before the court for frivolity review. Magistrate Judge James E. Gates filed an Order and Memorandum and Recommendation ("M&R") ordering that plaintiff's motion to proceed <u>in forma pauperis</u> be granted and recommending that the complaint be dismissed in its entirety. Plaintiff has filed no objections to the M&R, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, this action is DISMISSED in its entirety. The clerk is directed to close the case.

This 8TH day of October 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26